Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  19–12362–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gwendolyn L Overton
aka Gwendlyn Overton
523 N. Dr. Martin Luther King Blvd.
Atlantic City, NJ 08401

Social Security No.:
xxx–xx–4997

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              December 21, 2021
Time:              11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*37* – Opposition in Opposition to Stey Relief (related document:36 Creditor's Certification of Default (related document:24 Motion for Relief from Stay re: 523 North Martin Luther King Boulevard, Atlantic City, NJ. 08401. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 27 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 11/29/2021. (Attachments: # 1 Exhibit "A" # 2 Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Thomas E. Dowey on behalf of Gwendolyn L Overton. (Dowey, Thomas)

and transact such other business as may properly come before the meeting.

Dated: November 29, 2021
JAN: lgr

Jeanne Naughton
Clerk