UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

Order Filed on April 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
    Gwendolyn L. Overton,

Debtor.

Case No.: 19-12362 JNP

Adv. No.:

Hearing Date: 12/21/2021 @ 11:00 a.m.

Judge: Jerrold N. Poslusny

# ORDER RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 18, 2022**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Gwendolyn L. Overton
Case No:  19-12362 JNP
Caption of Order:  ORDER RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon appearing, upon a certification of default as to real property located at 523 North Martin Luther King Boulevard, Atlantic City, NJ. 08401, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Thomas E. Dowey, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** the Insurance is to be repaid through the Chapter 13 Plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Insurance policy number TNF3128935 with Transverse Specialty Insurance is hereby cancelled; and

It is further **ORDERED, ADJUDGED and DECREED** that a refund will be sent to the debtor; and

It is further **ORDERED, ADJUDGED and DECREED** that the parties reserve the right to amend this order if and when a refund is issued; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certification of Default is hereby resolved.