Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−12362−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gwendolyn L Overton
 aka Gwendlyn Overton
 523 N. Dr. Martin Luther King Blvd.
 Atlantic City, NJ 08401

Social Security No.:
 xxx−xx−4997

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/21/22.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 22, 2022
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 19-12362-JNP
Gwendolyn L Overton                                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                 User: admin                 Page 1 of 3
Date Rcvd: Apr 22, 2022                 Form ID: 148                 Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gwendolyn L Overton, 523 N. Dr. Martin Luther King Blvd., Atlantic City, NJ 08401-2210 |
| 518010027 | + | APG Cardiology Group, P.O. Box 786061, Philadelphia, PA 19178-6061 |
| 518010026 | + | Apex Asset Management, 2501 Oregon Pike, Suite 102, Lancaster, PA 17601-4890 |
| 518010029 | + | Atlanticare Physician Group / APG Cardio, P O Box 786071, Philadelphia, PA 19178-6071 |
| 518010034 | + | FBCS Inc, 330 S Warminster Rd, Suite 353, Hatboro, PA 19040-3433 |
| 518010035 | + | Forester Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 518010037 | + | Island Medical Associates, 2626 Tilton Road, Egg Harbor Township, NJ 08234-1829 |
| 518010039 | + | MidFirst Bank, KML Law Group, PC, 216 Haddon Ave , Suite 406, Westmont, NJ 08108-2812 |
| 518010040 | + | MidFirst Bank, MidFirst Plaza, 501 NW Grand Blvd., Oklahoma City, OK 73118-6037 |
| 518010041 | + | Pinnicle Recovery, P.O. Box 130848, Carlsbad, CA 92013-0848 |
| 518010043 | + | Salartash Surgical Asso, C/O Remex Revenue Management, 307 Wall St, Princeton, NJ 08540-1515 |
| 518010044 | + | Salartash Surgical Associates, LLC, 301 Central Ave., Suite D, Egg Harbor Township, NJ 08234-8347 |
| 518010045 | + | South Jersey Gas Co., P.O. Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 22 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 22 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518010028 | + | Email/Text: athapa@acmua.org | Apr 22 2022 20:37:00 | Atlantic City Municipal Utilities Auth., PO Box 117, 401 N. Virginia Ave., Atlantic City, NJ 08401-2542 |
| 518010030 | + | Email/Text: ARMCOnlineBillPay@Atlanticare.org | Apr 22 2022 20:36:00 | AtlantiCare Regional Medical Center, P.O. Box 829600, Philadelphia, PA 19182-9600 |
| 518010031 | + | EDI: WFNNB.COM | Apr 23 2022 00:33:00 | Comenity Bank / Lane Bryant, Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 518010032 | + | EDI: CONVERGENT.COM | Apr 23 2022 00:33:00 | Convergent Outsourcing, 800 SW 39th St., P.O. Box 9004, Renton, WA 98057-9004 |
| 518166799 | + | EDI: AIS.COM | Apr 23 2022 00:33:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518010033 | + | EDI: DISCOVER.COM | Apr 23 2022 00:33:00 | Discover, P.O. Box 71084, Charlotte, NC 28272-1084 |
| 518019717 | | EDI: DISCOVER.COM | Apr 23 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518010036 | + | Email/Text: fggbanko@fgny.com | Apr 22 2022 20:36:00 | Glenn Stuart Garbus, Esq., 7 Banta Place, Hackensack, NJ 07601-5604 |

Case 19-12362-JNP  Doc 47  Filed 04/24/22  Entered 04/25/22 00:15:24  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 22, 2022 | Form ID: 148 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518010038 | | EDI: JEFFERSONCAP.COM | Apr 23 2022 00:33:00 | Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302 |
| 518183348 | + | EDI: AISMIDFIRST | Apr 23 2022 00:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518010042 | | EDI: PRA.COM | Apr 23 2022 00:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 518183288 | | EDI: PRA.COM | Apr 23 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 518131819 | | EDI: Q3G.COM | Apr 23 2022 00:33:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518011608 | + | EDI: RMSC.COM | Apr 23 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518166473 | + | EDI: AIS.COM | Apr 23 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518010046 | | Email/Text: bankruptcy_notices@wgresorts.com | Apr 22 2022 20:36:00 | Westgate Resorts, C/O CFI Resorts Management, 2801 Old Winter Garden Road, Ocoee, FL 34761 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518067869 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1     User: admin     Page 3 of 3
Date Rcvd: Apr 22, 2022     Form ID: 148     Total Noticed: 31

ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Rebecca Ann Solarz
    on behalf of Creditor MIDFIRST BANK rsolarz@kmllawgroup.com

Thomas E. Dowey
    on behalf of Debtor Gwendolyn L Overton tdesquire@hotmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7